UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINJA "KYNG" PARIAH,[1], <br><br> Plaintiff, <br><br> -against- <br><br> RAYMONE "BENZINO" SCOTT, et al., <br><br> Defendants. | 1:23-CV-0231 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 13, 2023, the Court granted Plaintiff leave to file an amended complaint within 30 days. That order specified that failure to file an amended complaint would result in dismissal of this action for lack of subject matter jurisdiction. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   May 30, 2023
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

---

[1] The Court understands Plaintiff to be also known as Jinja Johnson.